Tamara Beatty Peterson (State Bar No. 5218)
tpeterson@petersonbaker.com
Peterson Baker, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Tel: (702) 786-1001
Fax: (702) 786-1002

*Attorneys for Defendant HMO Colorado, Inc. dba HMO Nevada*

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD CAMERON, LAURIE SUSAN MITCHELL,<br><br>Plaintiffs,<br><br>v.<br><br>HMO COLORADO INC., dba HMO Nevada and DOES 1 through XXX, inclusive,<br><br>Defendant. | Case No. 3:26-cv-00663-CLB<br><br>**ORDER GRANTING DEFENDANT HMO COLORADO, INC. DBA HMO NEVADA'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant HMO Colorado, Inc. dba HMO Nevada ("HMO Colorado") hereby files its Motion to Extend Time to Respond to Complaint (First Request) (the "Motion"). This Motion is made and based on the Memorandum of Points and Authorities, the Declaration of Tamara Beatty Peterson in Support of Defendant HMO Colorado, Inc. dba HMO Nevada's Motion to Extend Time to Respond to Complaint (First Request) ("Peterson Decl."), and the pleadings and papers on file herein.

Dated: September 4, 2026

Peterson Baker, PLLC

By: */s/ Tamara Beatty Peterson*
Tamara Beatty Peterson (State Bar No. 5218)
tpeterson@petersonbaker.com
Peterson Baker, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Tel: (702) 786-1001
*Attorneys for Defendant HMO Colorado, Inc. dba HMO Nevada*

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. INTRODUCTION**

HMO Colorado moves this Court with good cause for an extension of 10 days, until September 18, 2026, to answer, move, or otherwise respond to the Complaint because it needs additional time to investigate the facts surrounding the allegations contained in the Complaint. Plaintiffs have refused to extend the current deadline of September 8, 2026, without HMO Colorado agreeing to answer only, and not otherwise respond to the Complaint. A short 10-day extension will not prejudice Plaintiffs.

**II. PROCEDURAL BACKGROUND**

Plaintiffs Ronald Cameron and Laurie Susan Mitchell (collectively, "Plaintiffs") filed the Complaint in the Second Judicial District Court of the State of Nevada in and for the County of Washoe on July 24, 2026.

HMO Colorado was served with the Summons and Complaint on August 3, 2026.

On September 1, 2026, HMO Colorado removed the state action to this Court based on diversity of citizenship pursuant to 28 U.S.C. §§ 1332 and 1441. *See* ECF No. 1.

Under Rule 81(c)(2) of the Federal Rules of Civil Procedure, HMO Colorado's current deadline to answer or otherwise respond to the Complaint is September 8, 2026.

The undersigned counsel contacted Plaintiffs' counsel via email on September 2, 2026, to request a 10-day extension. Plaintiffs' counsel responded that they would be willing to agree to the extension for an answer only, not to any other responsive pleading including a motion to dismiss. Peterson Decl. ¶ 2 & Ex. 1.

**III. THERE IS GOOD CAUSE FOR THE EXTENSION OF TIME.**

Pursuant to Local Rule IA 6-1, **this is HMO Colorado's first request for an extension of time to respond to the Complaint.** Under Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, the Court may grant an extension for good cause if made before the original deadline expires. *See, e.g., Pickett v. Valdez*, No. 317CV00567MMDWGC, 2019 WL 2570524, **1-2 (D. Nev. June 21, 2019) (noting that a motion for an enlargement of time is properly granted where good cause exists and the motion is timely); *Olivas v. Nevada ex rel. Dep't of Corr.*, No. 214CV01801JCMVCF, 2017

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

WL 3484650, *1 (D. Nev. Aug. 14, 2017) (holding that a party's need for additional time to prepare a responsive pleading constitutes good cause for granting a motion for enlargement of time).

Good cause exists here because HMO Colorado needs additional time to investigate the facts surrounding the allegations contained in the Complaint, which alleges catastrophic injury, including paraplegia, and seeks punitive damages. The severity of the allegations necessitates that HMO Colorado conduct a comprehensive factual investigation before formulating its responsive pleading. The Complaint raises complex medical and regulatory questions. HMO Colorado must investigate the following, among other things: the clinical basis for the August 8, 2025 prior authorization denial; the applicability of and compliance with NRS 695G.150's specialist-reviewer requirement; HMO Colorado's internal utilization review policies and practices; and the handling of Spine Nevada's peer-to-peer review request. Cutting HMO Colorado's investigation short would be prejudicial to its ability to mount a complete and accurate defense.

Plaintiffs' counsel conditioned their agreement to a 10-day extension on HMO Colorado's waiving of its right to file a motion to dismiss. HMO Colorado respectfully declines to surrender that right as a condition of receiving an extension that is usually extended as a professional courtesy. A defendant's decision whether to answer or move to dismiss is a core strategic right, one that should be informed by a complete factual investigation.

HMO Colorado's request is made in good faith, is supported by good cause, and is not sought for the purpose of undue delay. Plaintiffs would not be prejudiced if the Court were to grant this Motion. The case is in its infancy: the underlying events occurred beginning in 2025; the Complaint was only filed on July 24, 2026; and no discovery has commenced. HMO Colorado is requesting only a short 10-day extension to allow it time to complete its investigation. Such an extension moves no trial date, disrupts no schedule, and results in no cognizable harm to Plaintiffs.

/ / /

/ / /

/ / /

/ / /

/ / /

## IV. CONCLUSION

Wherefore, HMO Colorado respectfully requests that the Court enter an order granting a 10-day extension of time, extending the deadline for HMO Colorado to answer, move, or otherwise respond to the Complaint from September 8, 2026, up to and including September 18, 2026.

Dated: September 4, 2026

Peterson Baker, PLLC

By: */s/ Tamara Beatty Peterson*

Tamara Beatty Peterson (State Bar No. 5218)
tpeterson@petersonbaker.com
Peterson Baker, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Tel: (702) 786-1001
*Attorneys for Defendant HMO Colorado, Inc. dba HMO Nevada*

**IT IS SO ORDERED.**

**DATED:** September 8, 2026

UNITED STATES MAGISTRATE JUDGE